## 50434. SAMPSON v. THE STATE.

Quillian, Judge.

The evidence was sufficient to authorize the conviction of the appellant and therefore this appeal is without merit.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

SUBMITTED MARCH 11, 1975 — DECIDED APRIL 21, 1975.

*Dan H. Byars,* for appellant.
*E. Mullins Whisnant, District Attorney, J. Gary Conger, Assistant District Attorney,* for appellee.
*Thomas M. West,* amicus curiae.